EDWARD BOBOWSKI, as Administrator of the Estate of STANLEY BOBOWSKI, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. A jury might find that plaintiff's decedent did not exercise due care or find for the defendant on other grounds, including that the accident did not happen as plaintiff contends, but we cannot say that plaintiff's intestate was guilty of contributory negligence as matter of law, so as to justify granting the motion to dismiss at the conclusion of the plaintiff's case. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

In the Matter of UNITED AIR LINES, INC., Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 876.]

JAMES ZACHARAKIS, Doing Business under the Name of WHITE MOUNTAIN HOTEL, v. BUNKER HILL MUTUAL INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ. [See *ante,* p. 487.]

JAMES ZACHARAKIS, Doing Business under the Name of WHITE MOUNTAIN HOTEL, v. VALLEY FORGE MUTUAL FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ. [See *ante,* p. 879.]

ALEXANDER'S DEPARTMENT STORES, INC., v. WALTER RAPOPORT et al., Individually and as Copartners Doing Business under the Name of ALEXANDER'S MEN'S SHOP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Bergan, JJ. [See *ante,* p. 867.]

In the Matter of MORRIS BACK, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 958.]

FRANK MARSICOVETERE, Respondent, v. MELCHIORE LAURIA, Appellant; DOLORES PASSARELLA et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 966.]

In the Matter of the Probate of the Will of ALFRED A. SUAREZ, Deceased. GERALDINE I. SUAREZ, Respondent; ARMANDO L. SELGAS, Appellant, et al., Contestants.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 870.]